THE PEOPLE OF THE STATE OF NEW YORK ex rel. ADALINE H. FRELINGHUYSEN et al., as Trustees for PETER H. B. FRELINGHUYSEN, JR., Appellants, against MARK GRAVES et al., Constituting the State Tax Commission, Respondents.

(Argued September 28, 1936; decided October 13, 1936.)

*Henry B. Closson* for appellants.

*John J. Bennett, Jr., Attorney-General (Joseph M. Mesnig* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.